UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GERALDO O'KEITH BURNETT,

    Petitioner,

v.                                                   Case No. 3:19-cv-527-RV-MJF

MARK S. INCH,

    Respondent.
_____/

## **ORDER**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 8, 2021. (Doc. 28). The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the Report and Recommendation, I conclude that the Report and Recommendation should be adopted.

    Accordingly, it is **ORDERED**:

    1.     The Magistrate Judge's Report and Recommendation (Doc. 28), is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus (Doc. 1), challenging the judgment of conviction and sentence in *State of Florida v. Geraldo O'Keith Burnett*, Escambia County Circuit Court Case No. 2013-CF-3818, is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The clerk of court shall close this case file.

**DONE AND ORDERED** this 10th day of August, 2021.

                    /s/ Roger Vinson                       /
                    ROGER VINSON
                    SENIOR UNITED STATES DISTRICT JUDGE